# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRUCE CASTINO,<br>  Plaintiff | )<br>)<br>) |
| v. | )  CIVIL ACTION NO. 3:14-cv-30052 -KPN<br>) |
| SOUTHWORTH MILTON, INC.,<br>  Defendant | )<br>) |

## JUDGMENT IN A CIVIL CASE

Kenneth P. Neiman, M.J.

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** of dismissal pursuant to the court's memorandum and order entered this date, dismissing plaintiff's complaint.

                   ROBERT M. FARRELL,
                   CLERK OF COURT

Dated: April 23, 2014          /s/ *Maurice G. Lindsay*
                   Maurice G. Lindsay
                   Deputy Clerk

(Civil Judgment of Dismissal. (KPN).wpd - 11/98) [jgm.]